IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1523-AP**

**In re: STORM CAT ENERGY (USA) CORPORATION,**

      Jointly Administered Debtor.

**STORM CAT ENERGY (USA) CORPORATION,**

      Movant/Appellant.

---

# ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Motion to Dismiss Appeal (doc. #11), filed September 13, 2010, it is

**ORDERED** that the Motion is **GRANTED**. This appeal is **DISMISSED** pursuant to Fed. R. Bankr. P. 8001(c)(2).

Dated this 14th day of September, 2010.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT